## AT LAW AND IN CHANCERY,

DECIDED BY THE

# SUPREME COURT OF OHIO.

## HAMILTON COUNTY, MAY TERM, 1831.

### JUDGES—HITCHCOCK AND WRIGHT.

### SISCO *v.* CHEENEY AND WIFE.

*Assault and battery—husband and wife—misjoinder—demurrer—arrest—
writ of error.*

Where a husband and wife jointly commit an assault and battery, the law
regards the act his alone so far as it concerns the civil injury, and he should
be sued alone.

If a joint suit is brought against a man and his wife for a tort which they can-
not in the eye of the law *jointly* commit, the suit fails; and the defendant
may avail himself of the objection either upon demurrer, by motion in arrest
of judgment, or by writ of error.

ASSAULT and battery by the defendants jointly. Pleas—not
guilty, and a justification in defence of the wife, and also in de-
fence of their son.

*Morehead* and *Gazlay,* for the defendants, objected to a recovery,
because the battery *complained* of was *joint by the husband and
wife,* and the battery proved was by *the wife alone,* separate from
her husband. 1 *Wh. Sel.* 25, 6.

*Benham,* contra.

WRIGHT, J. If the tort complained of were by the husband,
and wife *jointly,* suit should be against the husband alone, for the
law intends the whole his act. 2 *Com. Dig.* 111. If the action

9

be against husband and wife jointly for a tort they could not jointly commit, or against the husband alone for the separate act of the wife, and the objection appear on the face of the pleadings, the 10] *defendant may demur, move in arrest of judgment, or bring his writ of error. 2 *Com. Dig.* 111. 1 *Ch. Pl.* 80. So if the action be joint, and the husband be found not guilty, the action fails. *Brownl.* 209, *Yelv.* 106. If a verdict is taken, therefore, what good would result to the plaintiff, if we must arrest the judgment upon it?

Verdict and judgment for the defendant.